

FILED
CLERK, U.S. DISTRICT COURT
JAN 17 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEDGEWOOD COMMUNITY FUND II, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MARIO ESTRADA, et al.,<br><br>Defendants. | NO. CV 12-10354-UA (DUTYx)<br><br>**ORDER SUMMARILY REMANDING IMPROPERLY REMOVED ACTION** |

    The Court will remand this unlawful detainer action to state court summarily because Defendant removed it improperly.

    On December 4, 2012, Defendant Arminda Sapiens ("Defendant"), having been sued in an unlawful detainer action in California state court, lodged a Notice of Removal ("Notice") of that action to this Court and also filed a request to proceed *in forma pauperis*. The Court has denied the latter request under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

    Simply stated, Plaintiff could not have brought this action in federal court in the first place in that the complaint does not competently allege facts supporting

1 | jurisdiction, and therefore removal is improper. 28 U.S.C. § 1441(a); see *Exxon*
2 | *Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563, 125 S. Ct. 2611, 162 L.
3 | Ed. 2d 502 (2005).  Defendant alleges that federal question jurisdiction arises
4 | under the Fair Housing Act. (Notice at 2-3.)  However, Plaintiff does not allege
5 | any federal cause of action. (*See id.*, Ex. A, Complaint.)  Nor does it appear that
6 | federal law is a necessary element of Plaintiff's claim.  Thus, Defendant has not
7 | alleged facts establishing the existence of a federal question on the face of the
8 | complaint.
9 |     Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the
10 | Superior Court of California, Los Angeles County, Downey Courthouse, 7500
11 | East Imperial Highway, Downey, CA 90242 for lack of subject matter jurisdiction
12 | pursuant to 28 U.S.C. § 1447(c); and (2) the Clerk send a certified copy of this
13 | Order to the state court.

DATED: 1/11/13

GEORGE H. KING
United States District Judge